IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 7** |
| **RGB SERVICES, LLC,** ) | |
| ) | |
| **Debtor.** ) | |
| ) | |
| _____ ) | |
| ) | |
| ) | **Case No. 13-15849-sr** |
| Gary F. Seitz, as Chapter 7 Trustee of ) | |
| The Estate of RGB Services, LLC, ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | **Adv. Proc. No.: 15-00027-sr** |
| ) | |
| **CITIBANK, AS SUCCESSOR-IN** ) | |
| **INTEREST TO AT&T UNIVERSAL** ) | |
| **CARD SERVICES, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

### ORDER GRANTING JUDGMENT BY DEFAULT

AND NOW, this _17th_ day of _June_, 2015, this matter having come before the Court upon the Trustee/Plaintiff's Motion for Default Judgment against Defendant CITIBANK, AS SUCCESSOR-IN-INTEREST TO AT&T UNIVERSAL CARD SERVICES, INC. (the "Motion"); the Court having reviewed the Motion and supporting documents, and finding the facts and circumstances in favor of the granting thereof, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED, default money judgment shall be entered by the Clerk in favor of Trustee/Plaintiff and against CITIBANK, AS SUCCESSOR-IN-INTEREST TO AT&T UNIVERSAL CARD SERVICES, INC. in the amount of $24,405.31 (the "Judgment"); and it is further

ORDERED, any claims asserted by CITIBANK, AS SUCCESSOR-IN-INTEREST TO AT&T UNIVERSAL CARD SERVICES, INC. against the Debtor's bankruptcy estate shall be disallowed unless and until the Judgment is satisfied; and it is further

ORDERED, pre-judgment interest shall accrue at the maximum legal rate running from the date of the filing of the Complaint to the date of the entry of the Judgment; and it is further

ORDERED, post-judgment interest shall accrue at the maximum legal rate running from the date of the entry of the Judgment until the date the Judgment is paid in full; and it is further

ORDERED, the Clerk of Court is directed to give notice of this order to all creditors and interested parties. The Clerk of Court is also directed to docket this order in both the adversary proceeding and the main case.

BY THE COURT

_____
STEPHEN RASLAVICH
U.S. BANKRUPTCY JUDGE